IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 2:11-CV-2-FL

| EVA MARIE ROBERTS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $6,000.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). Upon payment of such sum, this case is dismissed with prejudice.

SO ORDERED this __17th__ day of __Janaury__, 2012.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE